IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 23-381** |
| **v.** : | |
| : | |
| **KAREEM BARKSDALE** : | |

### ORDER

**AND NOW**, this 26th day of March, 2024, upon consideration of Defendant Kareem Barksdale's Motion to Suppress (Doc. No. 20), the Government's Response (Doc. No. 22), Defendant's supplemental memorandum (Doc. No. 29), and the Government's supplemental response (Doc. No. 30), and following a Suppression Hearing, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG,  J.**