IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| **KAREEM BARKSDALE** | : | |
| **IN CUSTODY** | : | NO. 23-381-1 |
| **USM #76773-510** | : | |

## O R D E R

**AND NOW**, on this 29th day of April, 2024, upon independent review of the Report and Recommendation of U.S. Magistrate Judge Richard A. Lloret (Doc. No. 40), and the transcript of April 11, 2024 change of plea hearing, and there being no objections, it is **ORDERED** that the Report and Recommendation is **APPROVED** and **ADOPTED**. I accept the guilty plea of Defendant Kareem Barksdale entered on April 11, 2024.

BY THE COURT:

_s/ Mitchell S. Goldberg_
**MITCHELL S. GOLDBERG**
**U.S. District Court Judge**