## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 23-381-1** |
| | : | |
| **KAREEM BARKSDALE** | : | |

## ORDER

**AND NOW** this 18th day of May, 2026, upon consideration of Petitioner Kareem Barksdale's Motion to Vacate, Set Aside, or Correct a Sentence Pursuant to 28 U.S.C. § 2255 (Doc. Nos. 54, 59), and the Government's opposition brief (Doc. No. 61), it is **ORDERED** as follows:

1.      The motion is **DENIED.**

2.      There is no probable cause to issue a certificate of appealability.[1]

3.      The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
**KAREN SPENCER MARSTON, J.**

---

[1] Because jurists of reason would not debate the substantive dispositions of Petitioner's claims, no certificate of appealability should be granted. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000) ("Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward:  The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.").